UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | |
| | : | Crim. No. 07-657 |
| KWANG BOK HONG, a/k/a "Peter Hong," and | : | |
| SUHN KIL PYUN | : | |

### CONSENT ORDER

WHEREAS, a fine of $10,000 was imposed by this Court on defendant Suhn Kil Pyun on September 11, 2008; and

WHEREAS, on May 13, 2005, defendant was released on a $100,000 appearance bond, secured by $20,000 in cash deposited with the Clerk of the Court; and

WHEREAS, defendant's wife, Myung Hee Kim, is the signatory on defendant's appearance bond; it is

AGREED that $10,000 of the $20,000 appearance bond for defendant presently deposited with the Clerk of the Court shall be turned over to the United States in full satisfaction of the fine imposed by this Court on defendant on September 11, 2008; and it is further

AGREED, that, subsequent to full satisfaction of the fine imposed on defendant, the remaining $10,000 of defendant's appearance bond shall be released to Myung Hee Kim.

Consented to and agreed by:

_____
Myung Hee Kim

IT IS SO ORDERED this 17th day of October 2008.

_____
HON. KATHARINE S. HAYDEN
United States District Judge