UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KWANG BOK HONE, a/k/a "Peter Hong," and<br>SUHN K. PYUN | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Honorable Katharine S. Hayden<br><br>Crime Number: 07-657<br><br>ORDER TO RELEASE PASSPORTS OF SUHN KIL PYUN AND MYUNG HEE KIM |

WHEREAS, on September 11, 2008, the Court sentenced Suhn Kil Pyun and a fine of $10,000.00 was imposed by this Court and,

WHEREAS, the $10,000.00 fine has been paid in full out of the $20,000.00 appearance bond for defendant deposited with the Clerk of the Court,

WHEREAS, the Court's Recognizance No. NEW 0393 filed on May 20, 2005 has been cancelled by the request of Mr. Harvey Bartle, IV, Assistant U.S. Attorney.

WHEREAS, the State is holding passports of Suhn Kil Pyun and Myung Hee Kim,

IT IS ORDERED that the State releases the passports of SUHN KIL PYUN and MYUNG HEE KIM ON THIS _____ DAY OF November, 2008.

_____
Honorable Katharine S. Hayden
United States District Judge